IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Timothy Godfrey,<br><br>             Plaintiff,<br><br>vs.<br><br>Carolyn W. Colvin, Acting Commissioner<br>of Social Security,<br><br>             Defendant. | Civil Action No. 1:15-cv-2036-CMC<br><br>**ORDER** |

This matter is before the court on Plaintiff's petition for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Dkt. No. 27. In his petition, Plaintiff seeks an award of attorney's fees in the amount of $2,594.57, representing 5.4 attorney hours at the rate of $185.00 per hour, 17 paralegal hours at the rate of $92.50 per hour, and $20.07 in expenses.

The Commissioner filed a response indicating that it does not oppose payment of $2,594.57 to Plaintiff. Dkt. No. 28. However, there seems to be a small mathematical error in Plaintiff's counsel's calculation for paralegal hours. (17 hours x 92.50 is 1572.50, not 1575.50.) This would result in an award of $2,591.57 instead of $2,594.57. Accordingly, the court finds that an amount of $2,591.57 is reasonable and orders, pursuant to the EAJA, that Plaintiff be awarded $2,591.57 in attorney's fees, payable directly to Plaintiff.

**IT IS SO ORDERED**.

s/ Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
Senior United States District Judge

Columbia, South Carolina
April 27, 2016